

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOELEEN ALONSO, an individual<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:25-cv-00934-MWC-AGR<br><br>**ORDER DISMISSING CASE (DKT. 21)**<br><br>**JS-6** |

Based on the Stipulation of the Parties, and good cause appearing therefor, the Stipulation is **GRANTED**.  The entire action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATE: January 15, 2026

_____
Hon. Michelle Williams Court
United States District Judge